## MARCON CAPITAL CORPORATION *v.* CHARAN K. SODHI ET AL.
### (AC 16915)

O'Connell, C. J., and Lavery and Spear, Js.

Argued November 6—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WILLIE JOSEPH FULLER
### (AC 16061)

O'Connell, C. J., and Lavery and Hennessy, Js.

Argued November 4—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

## PAUL S. VARSZEGI *v.* COMMISSIONER OF CORRECTION
### (AC 16971)

O'Connell, C. J., and Lavery and Hennessy, Js.

Argued November 4—officially released December 2, 1997

Per Curiam. The judgment is affirmed.